PER CURIAM.
We have for review Stewart v. Price, 718 So.2d 205 (Fla. 1st DCA 1998), which expressly declares a state statute valid. We have jurisdiction. See art. V, § 3(b)(3), Fla. Const. We recently held that the statute in question, section 768.21(8), Florida Statutes (1991), is constitutional. See Mizrahi v. North Miami Med. Ctr., 761 So.2d 1040 (Fla.2000). Accordingly, we approve Stewart.[1]
It is so ordered.
*476 HARDING, C.J., and SHAW, WELLS, ANSTEAD and LEWIS, JJ., concur.
PARIENTE, J., dissents with an opinion, in which QUINCE, J., concurs.

. We decline to consider additional issues raised by petitioner that exceed the basis *476 upon which we exercised the Court’s jurisdiction.